AO 91 (Rev. 11/11) Criminal Complaint

AUSA Shavi McConnelly (312) 353-8881



FILED
6/2/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOHNNIE L. LEE

CASE NUMBER:
UNDER SEAL   **20 CR 261**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 31, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a black and green Kodiak, model Denali, .380 caliber pistol, bearing serial number K0088E, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

DUSTIN GOURLEY
Special Agent, Federal Bureau of Investigation
(FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: June 2, 2020

*Judge's signature*

City and state: Chicago, Illinois

MATTHEW F. KENNELLY, U.S. District Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, DUSTIN GOURLEY, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for over 8 years. My current responsibilities include the investigation of federal firearms offenses, including unlawful possession of firearms or ammunition by convicted felons.

2.      This affidavit is submitted in support of a criminal complaint alleging that JOHNNIE L. LEE has violated Title 18, United States Code, Section 922(g)(1).

3.      The facts set forth in this affidavit are based on my personal knowledge, my training and experience, and information provided to me by various law enforcement personnel and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LEE with unlawful possession of a firearm by a felon, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

## Statement of Probable Cause

### A. LEE's Unlawful Possession of a Firearm

4.      On May 31, 2020, the Mayor of Chicago instituted a curfew of 9:00 p.m. for the city. According to a Chicago Police Department report, at approximately 10:40

p.m., officers observed defendant in the driver's seat of a vehicle at the intersection of North Southport Avenue and West Belmont Avenue. Officers observed passengers in LEE's vehicle drinking from a brown liquor bottle.

5.  According to the CPD report, as officers approached LEE's vehicle, LEE sped through the intersection on Belmont Avenue at Southport Avenue and crashed into another Chicago Police Department vehicle.

6.  According to the CPD report, after crashing his vehicle, LEE was removed from the driver's seat and an officer observed a handgun on the driver's side floorboard of the vehicle which LEE was driving. Officers subsequently recovered a Kodiak, model Denali, .380 caliber pistol, bearing serial number K0088E from the driver's side floorboard of the vehicle in which LEE was seated.

7.  According to the CPD report, LEE was advised of his *Miranda* warnings and admitted to officers that the gun was his and he had it for protection. LEE also told officers that he had the gun for two days and no one else knew about it.

B.  **LEE's Criminal History**

8.  Based on my review of LEE's criminal history records maintained by law enforcement, LEE has multiple felony convictions: (1) On or about February 14, 2007, he was convicted in the Circuit Court of Cook County, Illinois, of manufacture/delivery of cannabis 10-30 grams under case number 07CR0205701 and sentenced to two years' 1410 probation. On or about July 17, 2007, LEE's probation was terminated unsatisfactorily and he was sentenced to 30 months' imprisonment. (2) On or about February 23, 2011, he was convicted in the Circuit Court of Cook

County, Illinois, of possession of a controlled substance under case numbers 10CR1805701 and 10CR2042601. Lee was sentenced to two years' probation on each case. (3) While on probation for the cases in the paragraph immediately above, LEE was convicted in the Circuit Court of Cook County, Illinois, of delivery of a look-alike substance under case 11CR1066801. Lee was sentenced to a concurrent term of boot camp under case numbers 10CR2042601, 10CR1805701 and 11CR1066801.

### C. Interstate Nexus

9.      As a part of my duties as a FBI Special Agent, I received additional training regarding firearms, and became a Certified Firearms Specialist.

10.     Based upon my training and experience, and research I conducted, Kodiak firearms are manufactured outside the state of Illinois.

11.     Therefore, in order for the foregoing firearm to have been recovered in Illinois, it had to have moved in interstate commerce.

## Conclusion

12.    For all the reasons described above, there is probable cause to believe that LEE has committed a violation of Title 18, United States Code, Section 922(g)(1) (unlawful possession of a firearm by a felon).

FURTHER AFFIANT SAYETH NOT.

DUSTIN GOURLEY
Special    Agent,    Federal    Bureau    of Investigation

SUBSCRIBED AND SWORN to telephonically before me on June 2, 2020.

_____

Honorable MATTHEW F. KENNELLY
United States District Judge