UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNNIE L. LEE | No. 20 CR 261<br><br>Judge Matthew F. Kennelly<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO DISMISS
## THE COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss without prejudice the one count complaint against defendant JOHNNIE L. LEE and to quash and recall the Warrant For Arrest. In support thereof, the government states as follows:

1. On June 2, 2020, defendant was charged by complaint with possession of a firearm by a prohibited person, in violation of Title 18, United States Code, Section 922(g) (Count One).

2. On June 2, 2020, a warrant for the arrest of defendant was issued.

3. The government now moves to dismiss without prejudice the one count complaint and requests this Court to quash and recall the warrant for arrest.

WHEREFORE, the United States respectfully requests that the one count complaint be dismissed without prejudice.

>
> Respectfully submitted,
>
> JOHN R. LAUSCH, JR.
> United States Attorney

By: /s/ *Shawn McCarthy*
Shawn McCarthy
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8881