# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:20−cr−00261
Honorable Gabriel A. Fuentes

Johnnie L Lee

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2020:

MINUTE entry before the Honorable Gabriel A. Fuentes: Per the Court's earlier order (doc. #[10]), the government has advised the Court by email that it does not wish to have its previously sealed motion to dismiss the complaint (doc. #[9]) maintained under seal. The Court hereby orders that the motion be unsealed, and the Clerk of the Court is directed to place the motion on the public docket. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.